set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) "Whether the Superior Court failed to apply the proper standard of review under *Commonwealth v. Walls*, 592 Pa. 557, 926 A.2d 957 (2007), when it vacated the judgment of sentence of 2½ to 5 years' imprisonment imposed for a violation of the Uniform Firearms Act?"

994 A.2d 1078

**Herbert L. DALEY and Evelyn Daley, H/W, Respondents**

v.

**A.W. CHESTERTON, INC., U.S. Supply Co., and Duro–Dyne Corp.**

**Petition of U.S. Supply Co. and Duro–Dyne Corp.**

Supreme Court of Pennsylvania.

May 11, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of May 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Did the Superior Court err by permitting suits for more than one malignant disease resulting from the same asbestos exposure under the "two-disease" rule?

This case is consolidated for oral argument with No. 410 EAL 2009.

994 A.2d 1079

Herbert L. DALEY and Evelyn Daley, H/W, Respondents

v.

A.W. CHESTERTON, INC., U.S. Supply Co., and Duro–Dyne Corp.

Petition of A.W. Chesterton, Inc.

Supreme Court of Pennsylvania.

May 11, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of May 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Did the Superior Court err by permitting suits for more than one malignant disease resulting from the same asbestos exposure under the "two-disease" rule?

This case is consolidated for oral argument with No. 415 EAL 2009.